No. 6958. LaRocca v. New York. Ct. App. N. Y. Certiorari denied.

No. 6961. Kyle v. United States. Petition for certiorari before judgment to C. A. 2d Cir. denied.

No. 6962. Redmond v. Moore, Correctional Superintendent. C. A. 1st Cir. Certiorari denied.

No. 6967. Bishop v. United States. C. A. 9th Cir. Certiorari denied.

No. 6971. Wells v. United States. C. A. 6th Cir. Certiorari denied.

No. 6975. Snyder v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 6978. Kiper v. Kentucky. Ct. App. Ky. Certiorari denied.

No. 6981. Bargas v. Hocker, Warden. Sup. Ct. Nev. Certiorari denied.

No. 6984. Armstrong et al. v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 6986. Turner v. United States. C. A. 6th Cir. Certiorari denied.

No. 6989. Simmons v. Craven, Warden. C. A. 9th Cir. Certiorari denied.

No. 6993. Bock v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 6995. Winegar v. Michigan. Sup. Ct. Mich. Certiorari denied.

No. 6996. Lack v. United States. C. A. 4th Cir. Certiorari denied.